A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA            )
                                    )
         Plaintiff(s)                ) **APPEARANCE**
                                    )
                                    )
             vs.                     ) CASE NUMBER   1:08-cv-00746
REGAL CINEMAS, INC., and             )
CONSOLIDATED THEATRES HOLDINGS, GP )
         Defendant(s)                )


To the Clerk of this court and all parties of record:

Please enter the appearance of   A. DOUGLAS MELAMED   as counsel in this
                                 (Attorney's Name)

case for:   REGAL CINEMAS, INC.
            (Name of party or parties)

April 30, 2008
Date                                    Signature

                                        A. DOUGLAS MELAMED
                                        Print Name

D.C. BAR NO. 20289                      1875 PENNSYLVANIA AVE NW
BAR IDENTIFICATION                      Address

                                        WASHINGTON, DC 20006
                                        City          State          Zip Code

                                        (202) 663-6000
                                        Phone Number