AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA,

        Plaintiff(s)    )    **APPEARANCE**

        vs.    )    CASE NUMBER  1:08-cv-00746

REGAL CINEMAS, INC and CONSOLIDATED THEATRES HOLDINGS, GP

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Jeffrey David Ayer__ as counsel in this
                        (Attorney's Name)

case for: __Regal Cinemas, Inc.__
        (Name of party or parties)

May 5, 2005
Date

_(signature)_
Signature

Jeffrey David Ayer
Print Name

DC Bar 454476
BAR IDENTIFICATION

1875 Pennsylvania Ave., NW
Address

Washington  DC  20006
City    State    Zip Code

202-663-6088
Phone Number