UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>                     *Plaintiff,*              )<br>                                                            )     Civil Action No: 1:08-cv-00746<br>          v.                                              )<br>                                                            )     Judge: Leon, Richard J.<br>REGAL CINEMAS, INC.,                  )<br>                                                            )     Filed:<br>and                                                     )<br>                                                            )<br>CONSOLIDATED THEATRES HOLDINGS, GP, )<br>                                                            )<br>                     *Defendants.*         )<br>                                                            ) | |

**REPORT AND CERTIFICATION OF COMPLIANCE WITH TUNNEY ACT REQUIREMENTS ON BEHALF OF DEFENDANT REGAL CINEMAS, INC.**

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g) (the "Tunney Act"), defendant Regal Cinemas, Inc., by its attorneys, states that, other than communications solely between counsel of record for Regal Cinemas, Inc. and employees of the Department of Justice ("DOJ Staff"), no communication concerning or relevant to the proposed Final Judgment filed in this matter on April 29, 2008 occurred between any representative of Regal Cinemas, Inc. and any officer of the United States.

Regal Cinemas, Inc. hereby certifies that this disclosure complies with the requirements of 15 U.S.C. § 16(g), and that this disclosure is a true and complete description of relevant communications known to Regal Cinemas, Inc. or of which Regal Cinemas, Inc. should reasonably have known.

Respectfully submitted,

_____
A. Douglas Melamed (D.C. Bar No. 20289)
Jeffrey D. Ayer (D.C. Bar No. 454476)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000 (Telephone)
(202) 663-6363 (Fax)
*Counsel for Defendant Regal Cinemas, Inc.*