## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Civil Action No: 1:08-cv-00746 |
| v. ) | |
| ) | Judge: Leon, Richard J. |
| REGAL CINEMAS, INC., ) | |
| ) | Filed: May 8, 2008 |
| and ) | |
| ) | |
| CONSOLIDATED THEATRES HOLDINGS, GP, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

**DEFENDANT REGAL CINEMAS, INC.'S DISCLOSURE STATEMENT UNDER LCv7.1**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the

District of Columbia:

I, the undersigned, counsel of record for Regal Cinemas, Inc., certify that to the best of my

knowledge and belief, the following are parent companies, subsidiaries or affiliates of Regal

Cinemas, Inc. which have any outstanding securities in the hands of the public.

> Regal Entertainment Group (parent of Defendant Regal Cinemas, Inc.)
> National CineMedia, Inc. (affiliate of Defendant Regal Cinemas, Inc.)

These representations are made in order that judges of this court may determine the need for

recusal.

Date: May 8, 2008

Respectfully submitted,

Jeffrey David Ayer (D.C. Bar No. 454476)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000 (Telephone)
(202) 663-6363 (Fax)
*Counsel for Defendant Regal Cinemas, Inc.*