AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA

       Plaintiff(s)     )
                            )   **APPEARANCE**
                            )
           vs.             )   CASE NUMBER    1:08-cv-00746
REGAL CINEMAS, INC., and    )
CONSOLIDATED THEATRES HOLDINGS, GP )
      Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Jeffrey David Ayer   as counsel in this
                                 (Attorney's Name)

case for:   CONSOLIDATED THEATRES HOLDINGS, GP
                       (Name of party or parties)

May 8, 2008                                /s/ Jeffrey David Ayer
Date                                       Signature

                                     JEFFREY DAVID AYER
D.C. BAR NO. 454476                Print Name
BAR IDENTIFICATION
                                   1875 PENNSYLVANIA AVE NW
                                   Address

                                   WASHINGTON, DC 20006
                                   City        State        Zip Code

                                   (202) 663-6000
                                   Phone Number

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>REGAL CINEMAS, INC.,<br><br>and<br><br>CONSOLIDATED THEATRES HOLDINGS, GP,<br><br>*Defendants.* | Civil Action No: 1:08-cv-00746<br><br>Judge: Leon, Richard J.<br><br>Filed: May 8, 2008 |

**MEMORANDUM ACCOMPANYING NOTICE OF APPEARANCE OF JEFFREY DAVID AYER AS COUNSEL OF RECORD FOR DEFENDANTS REGAL CINEMAS, INC. AND CONSOLIDATED THEATRES HOLDINGS, GP**

Pursuant to Section IV(C) of the Hold Separate Stipulation and Order entered April 30, 2008, Defendants Regal Cinemas, Inc. and Consolidated Theatres Holdings, GP, consummated their transaction on May 1, 2008, resulting in Consolidated Theatres Holdings, GP becoming a subsidiary of Defendant Regal Cinemas, Inc. Consequently Defendant Regal Cinemas, Inc.'s counsel of record, Jeffrey David Ayer, now represents both Defendants Regal Cinemas, Inc. and Consolidated Theatres Holdings, GP.

Date: May 8, 2008

Respectfully submitted,

Jeffrey D. Ayer (D.C. Bar No.454476)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000 (Telephone)
(202) 663-6363 (Fax)
*Counsel for Defendants Regal Cinemas, Inc. and Consolidated Theatres Holdings, GP*