UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>REGAL CINEMAS, INC.,<br><br>and<br><br>CONSOLIDATED THEATRES HOLDINGS, GP,<br><br>*Defendants*. | Civil Action No: 1:08-cv-00746<br><br>Judge: Leon, Richard J.<br><br>Filed: May 8, 2008 |

**MEMORANDUM ACCOMPANYING NOTICE OF APPEARANCE OF JEFFREY DAVID AYER AS COUNSEL OF RECORD FOR DEFENDANTS REGAL CINEMAS, INC. AND CONSOLIDATED THEATRES HOLDINGS, GP**

Pursuant to Section IV(C) of the Hold Separate Stipulation and Order entered April 30, 2008, Defendants Regal Cinemas, Inc. and Consolidated Theatres Holdings, GP, consummated their transaction on April 30, 2008, resulting in Consolidated Theatres Holdings, GP becoming a subsidiary of Defendant Regal Cinemas, Inc. Consequently Defendant Regal Cinemas, Inc.'s counsel of record, Jeffrey David Ayer, now represents both Defendants Regal Cinemas, Inc. and Consolidated Theatres Holdings, GP.

Date: May 8, 2008

Respectfully submitted,

Jeffrey D. Ayer (D.C. Bar No.454476)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000 (Telephone)
(202) 663-6363 (Fax)
*Counsel for Defendants Regal Cinemas, Inc. and Consolidated Theatres Holdings, GP*