UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>REGAL CINEMAS, INC., )<br> )<br>and )<br> )<br>CONSOLIDATED THEATRES HOLDINGS, GP, )<br> )<br> Defendants. )<br> ) | Civil Action No: 1:08-cv-00746<br><br>Judge: Leon, Richard J.<br><br>Filed: May 8, 2008 |

### REPORT AND CERTIFICATION OF COMPLIANCE WITH TUNNEY ACT REQUIREMENTS ON BEHALF OF DEFENDANT CONSOLIDATED THEATRES HOLDINGS, GP

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g) (the "Tunney Act"), defendant Consolidated Theatres Holdings, GP, by its attorneys, states that, other than communications solely between the then counsel of record for Consolidated Theatres Holdings, GP, and employees of the Department of Justice ("DOJ Staff"), no communication concerning or relevant to the proposed Final Judgment filed in this matter on April 29, 2008 occurred between any representative of Consolidated Theatres Holdings, GP, and any officer of the United States.

Consolidated Theatres Holdings, GP, hereby certifies that this disclosure complies with the requirements of 15 U.S.C. § 16(g), and that this disclosure is a true and complete description of relevant communications known to Consolidated Theatres Holdings, GP, or of which Consolidated Theatres Holdings, GP, should reasonably have known.

Respectfully submitted,

_____
Jeffrey D. Ayer (D.C. Bar No. 454476)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000 (Telephone)
(202) 663-6363 (Fax)
*Counsel for Defendant Consolidated Theatres Holdings, GP*