UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>REGAL CINEMAS, INC., )<br>)<br>and )<br>)<br>CONSOLIDATED THEATRES HOLDINGS, GP, )<br>)<br>*Defendants*. )<br>) | Civil Action No: 1:08-cv-00746<br><br>Judge: Leon, Richard J.<br><br>Filed: May 8, 2008 |

## DEFENDANT CONSOLIDATED THEATRES HOLDINGS, GP'S DISCLOSURE STATEMENT UNDER LCv7.1

I, the undersigned, counsel of record for Consolidated Theatres Holdings, GP, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Consolidated Theatres Holdings, GP, which have any outstanding securities in the hands of the public:

> Regal Entertainment Group (as ultimate parent entity of Defendants Regal Cinemas, Inc. and Consolidated Theatres Holdings, GP)
>
> National CineMedia, Inc. (affiliate of Defendants Regal Cinemas, Inc. and Consolidated Theatres Holdings, GP)

Defendant Consolidated Theatres Holdings, GP, has no other parent companies, subsidiaries or affiliates with any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Consolidated Theatres Holdings, GP

Date: May 8, 2008

                                                Respectfully submitted,

                                                Jeffrey D. Ayer (D.C. Bar No.454476)
                                                Wilmer Cutler Pickering Hale and Dorr LLP
                                                1875 Pennsylvania Avenue NW
                                                Washington, DC 20006
                                                (202) 663-6000 (Telephone)
                                                (202) 663-6363 (Fax)
                                                *Counsel for Defendant Consolidated*
                                                *Theatres Holdings, GP*