UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> REGAL CINEMAS, INC., ) <br> ) <br> and ) <br> ) <br> CONSOLIDATED THEATRES HOLDINGS, GP, ) <br> ) <br> *Defendants*. ) | Civil Action No: 1:08-cv-00746 <br><br> Judge: Leon, Richard J. <br><br> Filed: |

**NOTICE OF EXTENSION OF TIME FOR DIVESTITURE**

Pursuant to Section IV.A. of the Proposed Final Judgment, Plaintiff United States hereby submits this notice that it has extended Defendants' time to divest the Divestiture Assets by thirty (30) days, until August 27, 2008.

Dated: July 15, 2008

> Respectfully submitted,
>
> FOR PLAINTIFF
> UNITED STATES OF AMERICA
>
> _____/s/_____
> GREGG I. MALAWER (DC Bar No. 481685)
> United States Department of Justice
> Antitrust Division
> 450 5th Street, N.W., Suite 4000
> Washington, DC 20530
> (202) 616-5943