UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>REGAL CINEMAS, INC.,<br><br>and<br><br>CONSOLIDATED THEATRES HOLDINGS, GP,<br><br>    *Defendants.* | Civil Action No: 1:08-cv-00746<br><br>Judge: Leon, Richard J.<br><br>Filed: |

**NOTICE OF SECOND EXTENSION OF TIME FOR DIVESTITURE**

Pursuant to Section IV.A. of the Proposed Final Judgment, Plaintiff United States hereby submits this notice that it has extended Defendants' time to divest the Divestiture Assets by an additional thirty (30) days, until September 27, 2008.

Dated: August 27, 2008

Respectfully submitted,

FOR PLAINTIFF
UNITED STATES OF AMERICA

_____/s/_____
GREGG I. MALAWER (DC Bar No. 481685)
United States Department of Justice
Antitrust Division
450 5th Street, N.W., Suite 4000
Washington, DC 20530
(202) 616-5943